■ In the Matter of 303 LIQUOR STORE, INC., Petitioner, v NEW YORK STATE LIQUOR AUTHORITY, Respondent.—Proceeding pursuant to CPLR article 78 to review respondent's determination, dated October 1, 1973, which, upon a finding that petitioner violated subdivision 1 of section 65 of the Alcoholic Beverage Control Law, made after a hearing, suspended its retail liquor license for a stated period of time. Determination annulled, on the law, and charges dismissed, without costs. The finding of petitioner's guilt was not supported by substantial evidence. Gulotta, P. J., Rabin, Hopkins, Munder and Shapiro, JJ., concur.

■ GLORIA G. JACOBS, Respondent, v BERTRAM J. JACOBS, Appellant.— Appeal by defendant from a judgment of the Supreme Court, Westchester County, dated August 16, 1974, which granted plaintiff a divorce, after a nonjury trial. Judgment modified, on the law and the facts, by (1) striking therefrom the sixth decretal paragraph and (2) inserting in the seventh decretal paragraph thereof the words "possession for the use of herself and the child" between the words "awarded" and "all of the furniture in the marital residence". As so modified, judgment affirmed, without costs. Under the circumstances of this case, the plaintiff wife was entitled to possession of the household furnishings. The trial court exceeded its power in unilaterally altering an existing, valid trust agreement executed by defendant for the benefit of his son. Hopkins, Acting P. J., Martuscello, Latham, Cohalan and Brennan, JJ., concur.